**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Valencio Venner WILLIAMS,
Defendant–Appellant.**

**No. 05–14802
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 12, 2006.

Jerry Stacey Theophilopoulos, Law Offices of Larry Crow, P.A., Tarpon Springs, FL, for Defendant–Appellant.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Jerry Theophilopoulos, appointed counsel for Valencio Venner Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's convictions and sentences are **AFFIRMED.**